**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PARAGON 28, INC. and DISIOR OY,

Plaintiffs,

v.

TREACE MEDICAL CONCEPTS, INC. and MIOS MARKETING, LLC d/b/a REDPOINT MEDICAL3D,

Defendants.

Civil Action No. 1:25-cv-01092-GBW

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 21, 2026, ***Paragon 28, Inc. and Disior Oy's First Supplemental Objections and Responses to Mios Marketing d/b/a Redpoint Medical3D's First Set of Interrogatories (Nos. 1-11)*** was served on the counsel listed below by electronic mail:

**SHAW KELLER**
Karen E. Keller
Emily DiBenedetto
Andrew R. Russell
kkeller@shawkeller.com
edibenedetto@shawkeller.com
arussell@shawkeller.com

**ROBINS KAPLAN**
John K. Harting
Hannach Pollard-Garber
JHarting@RobinsKaplan.com
HPollard-Garber@robinskaplan.com

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3001
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

Ali Razai
Brandon G. Smith
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
(714) 830-0700
ali.razai@morganlewis.com
brandon.g.smith@morganlewis.com

Krista Vink Venegas
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 324-1000
krista.venegas@morganlewis.com

Calvin M. Brien
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
(202) 739-3000
calvin.brien@morganlewis.com

Jack Hendershott
101 Park Avenue
New York, NY 10178
(212) 309-6000
jack.hendershott@morganlewis.com

*Attorneys for Plaintiffs*
*Paragon 28, Inc. and Disior Oy.*

Dated: August 21, 2026