HEYMAN ENERIO GATTUSO & HIRZEL LLP
PRACTICING THE ART OF LAW

222 DELAWARE AVENUE • SUITE 900 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

August 26, 2026

**VIA CM-ECF**

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**Re:** ***Paragon 28, Inc. et al. v. Treace Medical Concepts, Inc. et al.***
**C.A. No. 1:25-01092-GBW**

Dear Judge Williams:

Counsel for Treace Medical Concepts ("Treace"), counsel for RedPoint Medical 3D ("RedPoint," collectively with Treace "Defendants"), and counsel for Paragon 28, Inc. and Disior OY (collectively "Plaintiffs") write to request the scheduling of a discovery teleconference.

Plaintiffs and Defendants participated in a telephonic meet-and-confer on August 12, 2026, but were unable to resolve the dispute. The following counsel participated in the meet-and-confer:

| **Party** | **Delaware Counsel** | **Outside Counsel** |
|---|---|---|
| Treace | Catherine E. Lynch | Nimalka Wickramasekera<br>Michael A. Meneghini<br>Olivia Wogon |
| RedPoint | Emily DiBenedetto | John Harting |
| Plaintiffs | Amy Dudash | Krista Vink Venegas<br>Christian Boettcher |

After additional follow up, Plaintiffs and Defendants remain at an impasse regarding this dispute and respectfully request a discovery conference with the Court at the Court's convenience to address the following issue:

- Whether Plaintiffs are required to supplement their disclosure of the trade secrets that were allegedly misappropriated to identify the trade secrets with reasonable particularity, including the specific accused software functionalities, rather than naming general software modules.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Plaintiffs Paragon 28, Inc, And Disior OY*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Counsel for Defendant Treace Medical Concepts, Inc.*

SHAW KELLER LLP

*/s/ Karen E. Keller*
Karen E. Keller (# 4489)
Virginia K. Lynch (# 7423)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
glynch@shawkeller.com

*Attorneys for Defendant MIOS Marketing, LLC \d/b/a RedPoint Medical 3D*

Dated: August 26, 2026