IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARAGON 28, INC. and DISIOR OY,

*Plaintiffs*,

v.

TREACE MEDICAL CONCEPTS, INC. and MIOS MARKETING, LLC d/b/a REDPOINT MEDICAL 3D,

*Defendants*.

C.A. No. 25-1092-GBW
**JURY TRIAL DEMANDED**

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 26, 2026, Defendant Treace Medical Concepts, Inc.'s core technical documents, bearing Bates Nos. TREACE0000001 - TREACE0004576, were electronically served up the following counsel:

OF COUNSEL:

Ali Razai
Brandon G. Smith
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626

Krista Vink Venegas
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606

Calvin M. Brien
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

John V. Gorman
Amy M. Dudash
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801

Jack Hendershott
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

OF COUNSEL:

WINSTON TAYLOR LLP
Nimalka Wickramasekera
Diana Leiden
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
213-615-1819
nimalka.wickramasekera@winstontaylor.com
diana.leiden@winstontaylor.com

Michael A. Meneghini
300 N. LaSalle Dr., Suite 4000
Chicago, IL 60654
312-558-5600
michael.meneghini@winstontaylor.com

Olivia A. Wogon
800 Capital Street, Suite 2400
Houston, TX 77002
713-651-2743
olivia.wogon@winstontaylor.com

Dated: August 26, 2026

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Treace Medical Concepts, Inc.*